# UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CASE NO. 4:19CR19-4 |
| ) | |
| JAMARAE CAMPBELL ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

This matter is before the Court on the defense counsel's Motion for Leave of Absence.

After careful consideration, said Motion is **GRANTED** for the following dates:

March 21, 2023,  March 24, 2023 to March 28, 2023, and April 18, 2023.


SO ORDERED, this  28th  day of February, 2023.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia